East'n. District.
*June*, 1826.

BROWN
*vs.*
SAUL'S SYNDICS

*BROWN* vs. *SAUL'S SYNDICS.*

APPEAL from the court of the first district.

If a creditor claim to be paid by preference on the insolvent's bank stock, pledged to him, his claim must be settled contradictorily with all the other creditors, after the tableau is made.

PORTER, J., delivered the opinion of the court. This case presents precisely the same question which we have just decided in that of *Astor* vs. *Syndics of Saul and Morgan;* and for the reasons there adduced, it is ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and that the case be remanded to be proceeded in according to law, the appellees paying costs of appeal. *Ante,* 632.

*Morse* for the plaintiff, *Eustis* for the defendants.